MAG 381
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMILIES PASTARIA LLC

                      Plaintiff

**STIPULATION OF DISCONTINUANCE**

Docket No.: 2:22-CV-00955
JMA-SIL

                -against-

US UNDERWRITERS INSURANCE COMPANY

                      Defendant.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
       November 22, 2022

McDONNELL ADELS & KLESTZICK, PLLC

_____
Evan W. Klestzick, Esq.
Attorneys for Plaintiff
401 Franklin Avenue
Garden City, New York 11530


SAIBER LLC

_____
Vincent Proto
Attorney for Defendant
18 Columbia Turnpike,
Suite 200
Florham Park, NJ 07932